# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

WYNN RESORTS HOLDINGS, LLC,

    Plaintiff(s),

v.

JAMES PARFAIT,

    Defendant(s).

2:06-CV-1241 JCM (LRL)

# ORDER

Presently before the court is plaintiff's, Wynn Resorts Holdings, LLC, affidavit of renewal of default judgment. (Doc. # 21). No opposition has been filed.

This court initially entered a default judgment against defendant on January 22, 2007. Plaintiff filed its affidavit of renewal of default judgment on January 22, 2013. NRS 17.214 establishes the procedures for renewing a judgment.

Among other things, NRS 17.214 requires "that an affidavit of renewal of judgment be filed with the court clerk within 90 days before the date the judgment expires by limitation." NRS § 17.214. "An action on a judgment or its renewal must be commenced within six years under NRS § 11.190(1)(a); thus a judgment expires by limitation in six years." *Leven v. Frey*, 168 P.3d 712, 715 (Nev. 2007); *O'Lane v. Spinney*, 874 P.2d 754, 755 (Nev. 1994) ("Judgment renewal [pursuant to NRS 17.214] is simple: the judgment creditor simply files an affidavit with the clerk of the court where the judgment is entered within ninety days before the judgment expires.").

. . .

**James C. Mahan**
**U.S. District Judge**

Plaintiff timely filed its affidavit of renewal of default judgment with the clerk of the court, and applied with all relevant statutory requirements.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's affidavit of renewal of default judgment (doc. # 21) be, and the same hereby, is GRANTED.

DATED March 14, 2013.

_____
**UNITED STATES DISTRICT JUDGE**

James C. Mahan
U.S. District Judge

- 2 -